[No. 36119-1-II.   Division Two.   February 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE ROLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-01932-0, Christine A. Pomeroy, J., entered March 29, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 36265-1-II.   Division Two.   February 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW J. HOLMGREN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-8-00112-2, Paula Casey, J., entered April 5, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 26002-0-III.   Division Three.   February 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHMOND JAMES McKEE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02705-2, Salvatore F. Cozza, J., entered March 22, 2007. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 25195-1-III.   Division Three.   February 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN BRAAE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-00807-2, C. James Lust, J., entered May 10, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.